Order issued July 5 ,1999



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-96-01069-CR

**ABDEL MOHAMMED RAHIM, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

## ORDER

The motion of the Attorney General of Texas to withdraw the record is **GRANTED**.

The Clerk of this Court is **ORDERED** to send the appellate record in the above-numbered cause to:

> Charles A. Palmer, Assistant Attorney General
> c/o , Records Clerk
> Price Daniel, Sr. Bldg.
> P.O.Box 12548, Capitol Station
> Austin, Texas 78711-2548

Charles A. Palmer, Assistant Attorney General, is **ORDERED** to return the appellate record in the above-numbered cause to this Court within sixty days of the date of this Order.

FRANCES MALONEY
JUSTICE – ACTING CHIEF JUSTICE